JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA DEANNA BENHAM,<br>Plaintiff,<br>v.<br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br>Defendant. | Case No. 2:22-cv-7340-SK<br><br>**JUDGMENT** |

It is the judgment of this Court that the decision of the Administrative Law Judge is AFFIRMED.  Judgment is hereby entered in favor of Defendant.

Date: February 21, 2024

_____
HON. STEVE KIM
U.S. MAGISTRATE JUDGE